IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* Non-Prisoner Complaint Form

RECEIVED
USDC CLERK, COLUMBIA, SC

2016 FEB -9 PM 12: 56

*[Enter the full name of the plaintiff in this action]*  ) Civil Action No.
) _____
Patrick Studley ) *(to be assigned by Clerk)*
)
)
v. )
)
*[Enter the full name of each defendant in this* )
*action. If possible, please list only one defendant* )
*per line.]* )
)
Gregory Studemeyer )
)
Law Office of Jonathan Harvey )
)

*If allowed by statute, do you wish to have a trial by jury?*  Yes __x__    No _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

I. **PREVIOUS LAWSUITS**

  A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

  Yes _____    No __x__

  B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

    1. *Parties to this previous lawsuit:*
       Plaintiff: _____
       Defendant(s): _____
    2. Court: _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

Yes _____   No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: __Patrick Studley_____

Address: __117 Sunny Point, Leesville, SC 29070_____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: __Gregory Studemeyer_____

Address: __1701 Richland Street, Columbia, SC 29201_____

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

__Law Office of Jonathan Harvey, 1701 Richland Street, Columbia, SC 29201__

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

From March 2015 through June 2015, I received numerous text messages from my wife stating that Gregory Studemire made unwanted and numerous jokes that were either sexual in nature, had to do with my wife's appearance or otherwise were inappropriate and made my wife feel uncomfortable in general. These are the feelings that she stated to me. Also, sometime during this time, my wife told me that Mr. Studemeyer was at the dentist having a root canal and called the office phone. My wife asked him if there was anything else that she could do for him and he replied "I can use you standing here in a candy striper/nurse uniform". My said that she was completely taken off guard and just laughed because it made her uncomfortable. Because of my wife's high sexual appetite, I said to her "I bet you liked that and she stated "Uh, No.". Because of this highly charged sexual environment, I believe this culture contributing to my wife's affairs with two other men that either worked in the office, or next door. Those men included Yahya Shurafa who worked next door at Mr. PC. He had sexual intercourse with my wife two times at his home, but also engaged in oral sex in the bathroom of her office. He is prepared to give an affidavit to that effect. \ By oral sex, I mean she put Mr. Shurafa's penis inside of her mouth in the bathroom while her bosses were not there.

### III. STATEMENT OF CLAIM - *continued.*

~~Furthermore, my wife also engaged in sexual intercourse with another subcontractor in~~ this office. This gentleman, named Jason Baldwin, had sexual intercourse with my wife ~~over 50 times from April 2015 and continuing now.~~ ~~She confessed that she also had~~ inappropriate contact in the office. She stated that she had anal and oral sex in addition to vaginal intercourse. I believe that due to this work environment, it promoted a sexually ~~charged atmosphere that helped lead to the dissolution of our marriage and the breakup~~ of our family. My children have been devastated by their mother's behavior. In addition, my sister lost a chance to work at this law firm because Mr. Studemeyer stated to my ~~wife "that is not what I want to look at". I believe this is workplace discrimination and~~ sexual harassment.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I would like to find the business at fault for workplace discrimination and sexual harassment against Mr. Studemeyer. I am asking the court to award a judgement against Mr. Studemeyer for compensatory damages for my children's therapy until each child reaches 18 years of age. Roughly $45,000 for the compensatory damages as well as leaving open a punitive damages for the emotional and psychological damage this has done to the children as well as myself.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 9th day of February, 2016.

Signature of Plaintiff